### 45528.   BULLINGTON et al. v. AETNA CASUALTY & SURETY COMPANY et al.

PER CURIAM. This case having been reversed and remanded to this court by the Supreme Court of Georgia (227 Ga. 485), the judgment of this court (122 Ga. App. 842 (178 SE2d 901)) is hereby vacated and set aside and judgment is entered in conformity with the opinion of the Supreme Court.

*Judgment affirmed. Hall, P. J., Deen and Evans, JJ., concur.*
DECIDED MAY 17, 1971.

Mundy, Gammage & Cummings, William W. Mundy, for appellants.

Skinner, Wilson & Beals, Warner R. Wilson, Jr., for appellees.